No. 07-15-00246-CR

| | | |
|---|---|---|
| Ricky Dan Allee | § | From the 47th District Court |
| Appellant | | of Randall County |
| | § | |
| v. | | April 13, 2016 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 13, 2016, it is hereby ordered, adjudged and decreed that the judgment adjudicating guilt entered below is reversed and that a judgment of "Not True" is hereby rendered.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o